**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


ANTONIO WEAVER                                                        PLAINTIFF


v.                             NO. 4:17-cv-00453 JM/PSH


FLAG STAR BANK, ALLESANDRO P. DI NELLA,                DEFENDANTS
MARK T. HAMMOND, and WILSON AND ASSOCIATES


## **ORDER**

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful review, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for preliminary injunction filed by plaintiff Antonio Weaver (Document No. 5) is denied..

IT IS SO ORDERED this 3rd day of November, 2017.


_____
UNITED STATES DISTRICT JUDGE