**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**


**ANTONIO WEAVER**                                                    **PLAINTIFF**


**v.**                              **NO. 4:17-cv-00453 JM/PSH**


**FLAG STAR BANK, ALLESANDRO P. DI NELLA,**          **DEFENDANTS**
**MARK T. HAMMOND, and WILSON AND ASSOCIATES**


**ORDER**

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. The Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion for summary judgment filed by defendant Flagstar Bank ("Flagstar") is granted. See Docket Entry 20. The complaint filed by plaintiff Antonio Weaver is dismissed with prejudice as to Flagstar.

IT IS SO ORDERED this 1st day of October, 2018.


_____
UNITED STATES DISTRICT JUDGE