IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTONIO WEAVER                                                          PLAINTIFF

v.                              NO. 4:17-cv-00453 JM

FLAGSTAR BANK, ALLESANDRO P. DI NELLA,                                  DEFENDANTS
MARK T. HAMMOND, and WILSON AND ASSOCIATES

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After consideration, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The complaint filed by plaintiff Antonio Weaver is dismissed without prejudice as to defendants Allesandro P. Di Nella, Mark T. Hammond, and Wilson & Associates. See Federal Rule of Civil Procedure 4(m). Judgment will be entered for all of the defendants.

IT IS SO ORDERED 29th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE