IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTONIO WEAVER                                                          PLAINTIFF

v.                          NO. 4:17-cv-00453 JM

FLAGSTAR BANK, ALLESANDRO P. DI NELLA,                  DEFENDANTS
MARK T. HAMMOND, and WILSON AND ASSOCIATES

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for all of the defendants.

IT IS SO ORDERED 29th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE